# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON RAYMONE JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. ED CV 16-01638 AFM <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

By Order filed February 3, 2017, counsel's motion to withdraw as attorney was granted and mailed to plaintiff *pro se* at his last known address of record provided by counsel. (ECF No. 25). Plaintiff was advised that he must file the Memorandum in Support of Plaintiff's Complaint by March 3, 2017 or his failure will be deemed to be consent to a dismissal. (*Id.*) The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint nor requested an extension of time to do so. Plaintiff has failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that plaintiff shall show cause in writing no later than **April 3, 2017** why this action should not be dismissed. **If plaintiff fails**

**to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant.** The filing of a Plaintiff's Memorandum in Support of Complaint by **April 3, 2017**, shall discharge the order to show cause.

Finally, if plaintiff wishes to receive free information and guidance concerning self-representation, a pro se clinic exists within the Court at the following times and locations:

| | |
|---|---|
| The United States Courthouse<br>312 N. Spring Street, Room G-19<br>Los Angeles, CA 90012<br>Mondays, Wednesdays and Fridays<br>9:30 am - 12:00 pm and 2:00 pm - 4:00 pm<br>(213) 385-2977, ext. 270<br>www.cacd.uscourts.gov/prose | Ronald Reagan Federal Building<br>and United States Courthouse<br>411 W. 4th Street, Room 1055<br>Santa Ana, CA 92701<br>Tuesdays: 1:00 pm - 4:00 pm<br>Thursdays: 10:00 am - 12:00 pm and<br>    1:30 pm - 3:30 pm<br>Appointments required:  (714) 541-1010 (x222) |

DATED: March 13, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE