# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON RAYMONE JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. ED CV 16-01638 AFM <br><br> **JUDGMENT** |

IT HEREBY IS ORDERED AND ADJUDGED that the Complaint is dismissed without prejudice for failure to prosecute.

DATED: April 10, 2017

*/s/ Alex MacKinnon*

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE